UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GABRIEL G. H. MIDALGO,

             Plaintiff,

    v.

SERGEANT MORSE, et al.,

             Defendants.
_____

DECISION & ORDER

06-CV-6572L

Plaintiff in the above-captioned matter having filed a motion to compel on September 5, 2007, seeking the production of documents required by Rule 26 of the Federal Rules of Civil Procedure (Docket # 22), and defendants having shortly thereafter filed a "Rule 26 Disclosure" with the Clerk of the Court on September 19, 2007 (Docket ## 26, 27), it is hereby

ORDERED, that plaintiff's motion to compel **(Docket # 22)** is **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                                     *s/Marian W. Payson*
                                                        MARIAN W. PAYSON
                                                   United States Magistrate Judge

Dated: Rochester, New York
         September  24 , 2007